UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>A&D GENERAL CONTRACTING, INC.,<br><br>                              Defendant. | Case No.:  17cr0879-JAH<br><br>**ORDER OF CRIMINAL FORFEITURE** |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in criminal proceeds received by Defendant A&D GENERAL CONTRACTING, INC. ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as charged in the Indictment; and

WHEREAS, on or about June 14, 2019, Defendant signed a Sentencing Agreement and Appeal Waiver in which Defendant agrees to the entry of a money judgment of forfeiture against it in the amount of $334,561.00 (U.S. dollars); and

WHEREAS, by virtue of the admissions of the Defendant set out in the Sentencing Agreement and Appeal Waiver, the Court determined that $334,561.00 represents the moneys derived from or is traceable to the proceeds obtained directly or indirectly from the

commission of the offense set forth in Counts 1 and 5 through 7, which proceeds total $334,561.00; and

WHEREAS, by virtue of said sentencing agreement and the Court's findings, the United States is entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $334,561.00, pursuant to 18 U.S.C. 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure which the Court has already orally pronounced at Defendant's sentencing hearing; and

WHEREAS, by virtue of the facts set forth in the Sentencing Agreement and Appeal Waiver, the United States has established the requisite nexus between the $334,561.00 forfeiture and the offenses of conviction; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States may take actions to collect the forfeiture;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant A&D GENERAL CONTRACTING, INC. shall forfeit to the United States the sum of $334,561.00 pursuant to 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the form of a forfeiture amount for the proceeds Defendant received from its offense of conviction, which forfeiture is in favor of the United States against Defendant A&D GENERAL CONTRACTING, INC., with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture is final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $334,561.00 to satisfy the forfeiture in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture.

**IT IS SO ORDERED.**

DATED: July 1, 2019

JOHN A. HOUSTON
United States District Judge